# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0457.  SAFE HOUSE OUTREACH, INC. v. DEREK LEROY MCSMITH.**

The Magistrate Court of Fulton County issued a default judgment in favor of Derek Leroy McSmith in his personal injury action against Safe House Outreach, Inc. Safe House Outreach, Inc. filed an application for discretionary appeal in this Court. We, however, lack jurisdiction.

This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).  Thus, absent a state or superior court decision, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/20/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*